United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CARRILLO,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MEN'S CENTRAL JAIL,<br><br>　　　　　Defendant. | Case No. 26-cv-05527 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at the Men's Central Jail in Los Angeles, California, filed a letter which was construed as an attempt to file a *pro se* civil rights complaint under 42 U.S.C. § 1983, against the Jail regarding conditions of confinement. Dkt. No. 1. The complaint seeks damages for the "bad living condition[s]." *Id.* Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division of the Central District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED:  June 15, 2026

NATHANAEL M. COUSINS
United States Chief Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2026\05527Carrillo_transfer(CD)

United States District Court
Northern District of California